| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* 2:22-CR-35-MHH-GMB-6 |
|---|---|
| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00342-RFB-BNW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| David Richards<br>Las Vegas, NV 89104<br><br>☑ FILED  ☐ RECEIVED<br>☐ ENTERED  ☐ SERVED ON<br>**NOV 20 2025**<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: AMMi DEPUTY | Northern District of Alabama | Southern |
| | NAME OF SENTENCING JUDGE<br>Honorable Madeline H. Haikala | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM: October 2, 2025 — TO: October 1, 2030 |

**OFFENSES**
Ct. 1: Conspiracy to Operate an Illegal Gambling Business, 18 U.S.C. § 371
Ct. 94: Money Laundering, 18 U.S.C. § 1956(h)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant is a resident of the District of Nevada and intends to remain in that district for the entirety of his probation. The defendant does not appear to have any ties to the Northern District of Alabama, other than the instant offenses.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Northern  DISTRICT OF  Alabama

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. * ***Collection of restitution will be retained by the sentencing district if the restitution has been ordered joint and several with any other defendant(s).***

November 20, 2025
*Date*

*[signature: Madeline H. Haikala]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/21/2025
*Effective Date*

*[signature]*
*United States District Judge*

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: David Richards

Case No.:

## SUPERVISION REPORT REQUESTING ACCEPTANCE OF TRANSFER OF JURISDICTION

November 20, 2025

TO:     United States District Judge

Mr. Richards appeared before the Honorable Madeline Hughes Haikala, United States District Court Judge, in the Northern District of Alabama on October 2, 2025, pursuant to his guilty plea to one count of Money Laundering and one count of Conspiracy to Operate an Illegal Gambling Business. Mr. Richards was subsequently sentenced to 60 months probation.

Mr. Richards was a resident of the District of Nevada at the time of his sentencing and had been supervised by the United States Pretrial Services Office for the District of Nevada throughout his term of pretrial release. As a result, Mr. Richards term of probation was accepted for supervision in the District of Nevada. Mr. Richards has advised that he has no intention of permanently leaving Nevada during his term of probation. Therefore, the District of Nevada is requesting jurisdiction of Mr. Richards case be accepted in Nevada. Attached is the Probation Form 22, Transfer of Jurisdiction which requires Your Honor's signature. Once signed and filed, the remainder of the file will be transferred from the Northern District of Alabama.

Respectfully submitted,                                         Approved:

Digitally signed by Shawn Mummey
Date: 2025.11.20 08:58:10 -08'00'

Digitally signed by Steve Goldner
Date: 2025.11.20 08:53:46 -08'00'

Shawn Mummey                                                    Steve Goldner
Senior United States Probation Officer                          Supervisory United States Probation Officer